UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL T. COX, | No. 2:13-cv-00945 AC P |
| Plaintiff, | |
| v. | ORDER |
| UNKNOWN, | |
| Defendant. | |

By order filed January 30, 2015, plaintiff was informed that, to commence this matter as a civil action in this court, he must, within thirty days, file a complaint; plaintiff was also informed that he had the option of submitting an application to proceed in forma pauperis or pay the filing fee. See ECF No. 8. Plaintiff was informed that failure to comply with the court's order would result in the dismissal of this matter without prejudice pursuant to Federal Rules of Civil Procedure 41(b). Review of the Inmate Locator website operated by the California Department of Corrections and Rehabilitation (CDCR) indicates that plaintiff remains incarcerated at California State Prison-Sacramento (CSP-SAC),[1] where the court's order was served on plaintiff. However, plaintiff has not responded to the court's order, and time for doing so has expired.

---

[1] See http://inmatelocator.cdcr.ca.gov/search.aspx. See also Fed. R. Evid. 201 (court may take judicial notice of facts that are capable of accurate determination by sources whose accuracy cannot reasonably be questioned).

1

1    Accordingly, this matter is dismissed without prejudice.  <u>See</u> Fed. R. Civ. P. 41(b).

2    DATED: March 31, 2015

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE